

**SO ORDERED.**
**SIGNED this 14th day of May, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **EDWIN MICHAEL BLEDSOE,** | ) Case No. 3:19-bk-30834-SHB |
| | ) **Chapter 7** |
| **Debtor.** | ) |

### ORDER FOR RULE 2004 EXAMINATION

Upon the Motion for Rule 2004 Examination filed by Newtek Small Business Finance, LLC, it is therefore,

ORDERED that Newtek Small Business Finance, LLC is hereby permitted to examine Edwin Michael Bledsoe, the Debtor, pursuant to Fed. R. Bankr. P. 2004 at the law offices of Woolf, McClane, Bright, Allen & Carpenter, PLLC, 900 S. Gay Street, Suite 900, Knoxville, Tennessee 37902, **on Friday, May 31, 2019, at 9:30 a.m.** It is further

ORDERED that Edwin Michael Bledsoe, the Debtor, will bring with him to the examination those documents described in the issued Subpoena, which was attached as **Exhibit A** to the Motion for Rule 2004 Examination.

4321684.1

###

APPROVED FOR ENTRY:

/s/ M. Aaron Spencer
M. Aaron Spencer, BPR #029911

WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC
900 S. Gay Street, Suite 900
P.O. Box 900
Knoxville, Tennessee 37902
(865) 215-1000
(865) 215-1001 (fax)
aspencer@wmbac.com

*Attorneys for Newtek Small Business Finance, LLC*

4321684.1

## CERTIFICATE OF SERVICE

  I hereby certify that on May 13, 2019, a copy of the foregoing Order Granting the Motion for Rule 2004 Examination filed by Newtek Small Business Finance, LLC was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Edwin Michael Bledsoe
9010 Neely Lane
Knoxville, TN 37922

Richard M. Mayer, Esq.
John P. Newton, Jr., Esq.
Law Offices of Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919

Michael H. Fitzpatrick
Chapter 7 Trustee
800 S. Gay Street
2121 First Tennessee Plaza
Knoxville, TN 37929

United States Trustee
800 Market Street, Suite 114
Howard H. Baker, Jr. Courthouse
Knoxville, TN 37902

           /s/ M. Aaron Spencer
           M. Aaron Spencer, BPR #029911

4321684.1